THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERALD BERNARD FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:10-CV-304-TMH |
| ) | WO |
| CHILD SUPPORT (DHR), *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On May 10, 2010, the Magistrate Judge filed a Recommendation (Doc. 6) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 6) of the Magistrate Judge is ADOPTED; and

2. Plaintiff's claims against the Alabama Department of Human Resources be DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's challenge to the constitutionality of his current confinement be DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims are not properly before the court at this time; and

4. This case be DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

An appropriate judgment will be entered.

Done this 7th day of June, 2010.

          /s/ Truman M. Hobbs

          SENIOR UNITED STATES DISTRICT JUDGE