THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GERALD BERNARD FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:10-CV-304-TMH |
| ) | WO |
| CHILD SUPPORT (DHR), *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this case be dismissed with prejudice as to Plaintiff's claims against the Alabama Department of Human Resources and without prejudice as to the constitutionality of his confinement.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 7th day of June, 2010.


/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE